Argued January 23, affirmed February 7, reconsideration denied March 29, petition for review denied June 20, 1978

HEALON, *Appellant,*

*v.*

COUNTY OF POLK, *Respondent.*

(No. 23210, CA 8491)

574 P2d 362

John P. Youngers, Salem, argued the cause and filed the brief for appellant.

A. B. Cummins, Jr., Salem, argued the cause for respondent. On the brief were Don A. Dickey, and Rhoten, Rhoten & Speerstra, Salem.

Before Schwab, Chief Judge, and Tanzer and Buttler, Judges.

PER CURIAM.

Affirmed. *Fry v. Willamalane Park & Rec. Dist.,* 4 Or App 575, 481 P2d 648 (1971).